

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 2, 2013**

**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARY LYNN CIVILETTO | § | CASE NO. 12-70459-HDH-13 |
| | § | |
| | § | HEARING DATE: 10/16/2013 |
| DEBTOR(S) | § | HEARING TIME: 10:00 A.M. |

### TRUSTEE'S ORDER TO VACATE ORDER APPROVING TRUSTEE'S RECOMMENDATION CONERNING CLAIMS OF CHAPTER 13 PLAN

   NOW COMES WALTER O'CHESKEY, STANDING CHAPTER 13 TRUSTEE, and files this Order to Vacate Order Approving Trustee's Recommendation Concerning Claims, and in support of his motion, would respectfully show the court the following:

1. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on 12/06/2012.

2. Trustee's Recommendation Concerning Claims was set for hearing 10/16/2013.

3. On 10/8/2013 Debtor Attorney requested TRCC be passed to allow the IRS to amend its proof of claim.

4.  Order Approving Trustee's Recommendation Concerning Claims was erroneously submitted and entered on 10/21/2013 as document #23.

5.  Trustee requests the Order Approving TRCC, entered on 10/21/2013 as document

    #23, be vacated.

    WHEREFORE, PREMISES CONSIDERED, Walter O'Cheskey, Chapter 13 Trustee, prays the Court enter this Order Vacating the Order Approving Trustee's Recommendation Concerning Claims entered on 10/21/2013 as document #23 in the instant case.

Date: November 1, 2013                  Respectfully submitted,

                                                   <u>/S/ Walter O'Cheskey</u>
                                                   Walter O'Cheskey, Trustee
                                                   6308 Iola Avenue
                                                   Lubbock, TX  79424

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served on the following parties at the addresses listed below by either electronic service or by U.S. First Class mail:

**Debtor Attorney**
Monte J White
1106 Brook Avenue Hamilton Place
Wichita Falls, TX  76301

**Debtor(s)**
Mary Lynn Civiletto
512 Davy Drive
Burkburnett, TX 76354

**U.S. Trustee**
William Neary
1100 Commerce Street, Room 9C60
Dallas, TX 75242

Date: November 1, 2013

By: /s/ Walter O'Cheskey
Office of the Standing Trustee